CK #043394  5/17

# INVOICE



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions?Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 182143 | 4/28/2017 | 158255 |
| Job Date | Case No. | |
| 3/21/2017 | 3:16-CV-178-J-20MCR | |
| | Case Name | |
| Mary R. Johnson vs. Specialized Loan Servicing, LLC, et al. | | |
| | Payment Terms | |
| Due upon receipt, after 30 days 1.5% fee | | |

Lynn Drysdale, Esq.
Jacksonville Area Legal Aid, Inc.
126 West Adams Street
Jacksonville, FL  32202

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
Fred Korb

464.06

TOTAL DUE >>>    $464.06

Thank you for choosing Maxene Weinberg Agency, a Huseby company.

***Please note new remit to address***

As a courtesy to our Maxene Weinberg Agency customers, please disregard any financing fee indicated on your invoice or statement.

Schedule with us anywhere nationally today! Visit us on the web to learn more about the services and technology we provide for both depositions and trial.

**Tax ID:** 31-1763752

Phone: 904-356-8371   Fax:

*Please detach bottom portion and return with payment*

Lynn Drysdale, Esq.
Jacksonville Area Legal Aid, Inc.
126 West Adams Street
Jacksonville, FL  32202

Job No.      : 158255         BU ID     : Weinberg
Case No.     : 3:16-CV-178-J-20MCR
Case Name    : Mary R. Johnson vs. Specialized Loan Servicing, LLC, et al.
Invoice No.  : 182143         Invoice Date : 4/28/2017
**Total Due** : **$ 464.06**

Remit To: **Huseby, Inc.**
          **P.O. Box 6180**
          **Hermitage, PA  16148-0922**

**PAYMENT WITH CREDIT CARD**                    MasterCard  VISA
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Exhibit A

| | | | | |
|---|---|---|---|---|
| **JACKSONVILLE AREA LEGAL AID, INC.** | | | | 043394 |
| Payee | HUSEBY, INC. | | | 043394 |
| Vendor ID | HUSEBY | Account #: | | 5/17/2017 |
| Invoice | Description | | Discount | Amount |
| 182143 | WEEKLY APS 051717 | | $0.00 | $464.06 |
| | | Total : | $0.00 | $464.06 |

---

**JACKSONVILLE AREA LEGAL AID, INC.**
126 W. ADAMS STREET
JACKSONVILLE, FL 32202-3849

**Regions Bank**
Jacksonville, FL 32202

NO. 043394
043394

CHECK NO.

****Four Hundred Sixty Four and 06/100 Dollars

5/17/2017

AMOUNT
$464.06

JACKSONVILLE AREA LEGAL AID, INC.
OPERATING ACCOUNT

PAY TO THE ORDER OF
HUSEBY, INC.
P.O. BOX 6180
HERMITAGE, PA 16148-0922

⑈043394⑈ ⑆063104668⑆ 005815492 2⑈

---

| | | | | |
|---|---|---|---|---|
| **JACKSONVILLE AREA LEGAL AID, INC.** | | | | 043394 |
| Payee | HUSEBY, INC. | | | 043394 |
| Vendor ID | HUSEBY | Account #: | | 5/17/2017 |
| Invoice | Description | | Discount | Amount |
| 182143 | WEEKLY APS 051717 | | $0.00 | $464.06 |
| | | Total : | $0.00 | $464.06 |

```
JACKSONVILLE AREA LEGAL AID, INC.                 Regions Bank              NO.  043394
     126 W ADAMS STREET                                                          043394
   JACKSONVILLE, FL 32202-3849
                                                                        CHECK NO

****Four Hundred Sixty Four and 06/100 Dollars

                                                                    AMOUNT
                                                    5/17/2017       $464.06

PAY   HUSEBY, INC.                              JACKSONVILLE AREA LEGAL AID, INC.
TO THE P.O. BOX 6180                                OPERATING ACCOUNT
ORDER HERMITAGE, PA 16148-0922
OF

        "043394"  :063104688:  0058154922"
```

For Deposit Only
952?227/1 Huseby Inc