UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY R. JOHNSON,

    Plaintiff,

v.          CASE NO. 3:16-cv-178-J-MCR

SPECIALIZED LOAN SERVICING, LLC,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motion for an Award of Prevailing Party Attorney's Fees (Doc. 116) and Motion to Tax Costs (Doc. 118) (collectively, "Motions"). On October 12, 2018, Plaintiff filed a Notice of Appeal of the Court's September 17, 2018 Findings of Fact and Conclusions of Law (Doc. 114) and the Clerk's Judgment entered September 18, 2018 (Doc. 115). (*See* Doc. 123.) In light of the appeal, the Court finds it appropriate to deny the Motions without prejudice to re-filing, if necessary, within ten days of receipt of an order resolving the appeal.

Accordingly, it is **ORDERED**:

The Motions (**Docs. 116 & 118**) are **DENIED without prejudice** to re-filing, if necessary, within **ten (10) days** of receipt of an order resolving the appeal.

**DONE AND ORDERED** at Jacksonville, Florida, on October 15, 2018.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record